COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-011-CV

 

IN RE DEE ANN SMITH                                                            RELATOR

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied as moot.  Accordingly, relator=s
petition for writ of mandamus is denied as moot.  In addition, this court vacates its January
16, 2007 order staying respondent=s
December 18, 2006 order denying a protective order, and January 5, 2007 order
extending the deadline for relator to answer discovery, in trial court cause
number 28,674-A.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL A: 
LIVINGSTON, GARDNER, and WALKER, JJ.

 

DELIVERED: 
February 8, 2007











    [1]See
Tex. R. App. P. 47.4.